IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARK MILK and
JON ROGNESS,

Defendants.

No. 26-CR-04032

## INDICTMENT

### Count 1
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C):
Possession With Intent to Distribute
and Distribution of a Controlled
Substance Resulting in Death
(Milk)

### Count 2
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C):
Possession With Intent to Distribute
and Distribution of a Controlled
Substance
(Milk)

### Count 3
18 U.S.C. § 2423(a):
Transportation of a Minor with Intent
to Engage in Criminal Sexual Activity
(Milk)

### Count 4
18 U.S.C. §§ 1512(c)(1) and 1512(k):
Conspiracy to Conceal Objects with the
Intent to Impair Their Availability for
an Official Proceeding
(Milk and Rogness)

### Count 5
18 U.S.C. §1512(c)(1):
Concealing Objects with the Intent to
Impair Their Availability for Official
Proceedings
(Milk)

The Grand Jury charges:

## Count 1

### Possession With Intent to Distribute and Distribution of a Controlled Substance Resulting in Death

On or about March 14, 2026, in the Northern District of Iowa, and elsewhere defendant, MARK MILK, did knowingly and intentionally possess with the intent to distribute, and did knowingly and intentionally distribute, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Furthermore, the death of M.W. resulted from the use of the controlled substance defendant possessed with intent to distribute and distributed.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 2

### Possession With Intent to Distribute and Distribution of a Controlled Substance

On or about March 14, 2026, in the Northern District of Iowa, and elsewhere, defendant, MARK MILK, did knowingly and intentionally possess with the intent to distribute, and did knowingly and intentionally distribute, a mixture or substance containing a detectable amount of THC, a Schedule I controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2

### Count 3

### Transportation of a Minor with Intent to Engage in Criminal Sexual Activity

On or about March 14, 2026, in the Northern District of Iowa and elsewhere, defendant, MARK MILK, knowingly transported a person who had not attained the age of 18 years, across a state line with the intent to engage in sexual activity for which any person can be charged with a criminal offense under the law of the State of Iowa, that is, sexual abuse in the third degree in violation of Iowa Code Section 709.4(1)(b)(2).

This was in violation of Title 18, United States Code, Section 2423(a).

### Count 4

### Conspiracy to Conceal Objects with the Intent to Impair Their Availability for Official Proceedings

Between on or about March 14, 2026, and March 20, 2026, in the Northern District of Iowa and elsewhere, defendants, MARK MILK and JON ROGNESS, did knowingly and intentionally conspire, confederate, and agree with each other and with other persons, known and unknown to the grand jury, to corruptly alter, destroy, mutilate, and conceal objects, with the intent to impair their integrity and availability for use in official proceedings including pre-trial proceedings, trial, and sentencing, before a United States District Court judge in the Northern District of Iowa and the District of South Dakota, all involving the disappearance and death of M.W.; the distribution and possession with intent to distribute a controlled substances as alleged in Counts 1 and 2 of this Indictment; and the transportation

3

of M.W. with the intent to engage in criminal sexual activity as alleged in Count 3 of this Indictment.

This was in violation of Title 18, United States Code, Sections 1512(c)(1) 1512(k).

## Count 5

### Concealing Objects with the Intent to Impair Their Availability for Official Proceedings

Between on or about March 14, 2026, and March 20, 2026, in the Northern District of Iowa, and elsewhere, defendant, MARK MILK did corruptly alter, destroy, mutilate, and conceal objects, with the intent to impair their integrity and availability for use in official proceedings including pre-trial proceedings, trial, and sentencing, before a United States District Court Judge in the Northern District of Iowa and the District of South Dakota, all involving the disappearance and death of M.W.; the distribution and possession with intent to distribute a controlled substances as alleged in Counts 1 and 2 of this Indictment; and the transportation of M.W. with the intent to engage in criminal sexual activity as alleged in Count 3 of this Indictment.

This was in violation of Title 18, United States Code, 1512(c)(1).

## Count 6

### Accessory After the Fact

On or about March 14, 2026, in the Northern District of Iowa, defendant, JON ROGNESS knowing that an offense against the United States had been committed, *to wit*, (1) the knowing and intentional possession with the intent to

4

distribute and the distribution of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and (2) the knowing and intentional possession with the intent to distribute and the distribution of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance that resulted in the death of M.W., did receive, relieve, comfort, and assist the offender, MARK MILK, in order to hinder and prevent MARK MILK's apprehension, trial, and punishment.

This was in violation of Title 18, United States Code, Section 3.

LEIF OLSON
United States Attorney

By:

FORDE FAIRCHILD
Assistant United States Attorney

A TRUE BILL

Grand Jury Foreperson

6-17-26
Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 06.17.2026
PAUL DE YOUNG, CLERK

5